IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES WILLIAM DEAS, III,

     Appellant,

 v.                    Case No.  5D23-331
                          LT Case No. 16-2018-CF-010254-AXXX

STATE OF FLORIDA,

     Appellee.
_____/
Decision filed June 20, 2023

Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Matthew J. Metz, Public Defender,
and Victoria R. Cordero, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, and
Julian E. Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and MACIVER, JJ., concur.